IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* JANE DOE and the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, and the CITY OF CHICAGO, and the CITY OF NEW YORK, and the DISTRICT OF COLUMBIA<br><br>v.<br><br>HELP HOPE LIVE, INC. and DOES 1-100, inclusive | : CIVIL ACTION<br>:<br>:<br>: NO. 17-2486<br>:<br>:<br>: **FILED UNDER SEAL**<br>:<br>:<br>: **FILED**<br>: AUG 22 2018<br>: KATE BARKMAN, Clerk<br>: By_____Dep. Clerk |

**ORDER**

**AND NOW**, this 20th day of August, 2018, upon notice by Plaintiff the United States and all named Plaintiff States, with the exceptions of Colorado, Iowa, Louisiana, New Mexico, Oklahoma, Wisconsin, and the Cities of Chicago and New York, (the "Declining States")[1] that they decline to intervene in the above-captioned case, **IT IS HEREBY ORDERED** as follows:

1. The Complaint shall be **UNSEALED** and served upon Defendant by Relator Jane Doe.

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the Defendant, except for this Order and the United

---

[1] Plaintiff States of Colorado, Iowa, Louisiana, New Mexico, Oklahoma and Wisconsin and Plaintiff Cities of Chicago and New York have not notified the Court of their intention to either intervene in this action or decline to do so.

States and Certain Named Plaintiff States' Notice of Election to Decline Intervention (Docket No. 8), which Relator Jane Doe shall serve upon Defendant only after service of the Complaint.

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States and all Declining States except Maryland, as provided in 31 U.S.C. § 3730(c)(3). The United States and any Declining State except Maryland may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

5. The parties shall serve all notices of appeal upon the United States and all Declining States except Maryland.

6. Should Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and all Declining States except Maryland before ruling or granting its approval.

7. In accordance with the terms of the Maryland False Claims Act, Md. Code Ann., Health-Gen. § 2-604(a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are hereby dismissed without prejudice.

BY THE COURT:

John R. Padova, J.